AO 245D  Judgment in a Criminal Case for Revocations
(Rev. 12/19)  Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MANDRELL ANTWOIN HULL | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:17-CR-00024-TES-CHW(1)<br>USM No. 00349-120<br>KIM T. STEPHENS<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1,2 & 4   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Refrain from owing, possessing, or having access to a firearm, ammunition, destructive device, or dangerous weapon | 4/11/2023 |
| 2 | Refrain from violation of the law | 4/11/2023 |
| 4 | Possession of controlled substances and paraphernalia Related to controlled substances | 4/11/2023 |

The defendant is sentenced as provided in pages 2 through   2  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   3, 5-10   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.   0345 | February 12, 2025<br>Date of Imposition of Judgment |
| Defendant's Year of Birth:  1980 | s/ Tilman E. Self, III<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Winterville, Georgia | TILMAN E. SELF, III<br>UNITED STATES DISTRICT JUDGE<br>Name and Title of Judge |
| | February 18, 2025<br>Date |

Judgment — Page 2 of 2

DEFENDANT: MANDRELL ANTWOIN HULL  
CASE NUMBER: 3:17-CR-00024-TES-CHW(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 24 months imprisonment to be served consecutively to the term of imprisonment imposed in Docket No. 3:23-CR-19 for a total imprisonment of 264 months.

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL